# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARTHUR HARRISON, AN INDIVIDUAL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA, IN AND FOR
THE COUNTY OF CLARK; AND THE
HONORABLE ELIZABETH GOFF
GONZALEZ, DISTRICT JUDGE,
Respondents,
and
BRUCE DENNISTON, AS GUARDIAN FOR
THE PERSON AND ESTATE OF JEREMY
DENNISTON; BRUCE DENNISTON AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF KERRI DENNISTON AND ON
BEHALF OF STATUTORY WRONGFUL
DEATH BENEFICIARIES JEREMY
DENNISTON, ASHLEY TEXLEY AND
MICHAEL DENNISTON; ERNEST STEVE
AND RACHEL UNDERLAND, HUSBAND
AND WIFE, AND THE MARITAL
COMMUNITY COMPRISED THEREOF AND
THE NATURAL PARENTS OF GARRETT
UNDERLAND; STACY TAYLOR, THE
COURT-APPOINTED PERSONAL
REPRESENTATIVE OF THE ESTATE OF
GARRETT UNDERLAND; AND LEWIS
KINDER AND CHERYL KINDER,
HUSBAND AND WIFE, AND THE MARITAL
COMMUNITY COMPRISED THEREOF,
Real Parties in Interest.

No. 72272

FILED

MAR 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION OR MANDAMUS*

This original petition for a writ of prohibition or mandamus challenges a district court order denying a motion to dismiss for lack of personal jurisdiction or for forum non conveniens.

Having considered the petition and the supporting documents, we conclude that our intervention is unwarranted, as real parties in interest have made a prima facie showing that petitioner is subject to personal jurisdiction in Nevada. *See Trump v. Eighth Judicial Dist. Court*, 109 Nev. 687, 693, 857 P.2d 740, 744 (1993) ("In determining whether a *prima facie* showing has been made, the district court is not acting as a fact finder. It accepts properly supported proffers of evidence by a plaintiff as true."). Nor are we persuaded on the record presented that the district court abused its discretion in denying petitioner's motion to dismiss for forum non conveniens. *See Provincial Gov't of Marinduque v. Placer Dome, Inc.*, 131 Nev., Adv. Op. 35, 350 P.3d 392, 395-96 (2015) (reviewing a district court's decision regarding forum non conveniens dismissal for an abuse of discretion and recognizing that exceptional circumstances must exist to support such a dismissal); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
Law Office of Julie A. Mersch
Coluccio Law
Friedman Rubin/Bremerton
Matthew L. Sharp, Ltd.
Eighth District Court Clerk